**Appeal Dismissed and Memorandum Opinion filed May 2, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00198-CV

---

### LAUREN ERICKSON, Appellant

### V.

### KENNETH A. LEPOW, D.D.S., INC. D/B/A LEPOW DENTAL ASSOCIATES; LEPOW FAMILY DENTAL, PLLC; WEST ROAD DENTAL, PLLC; GREATER HOUSTON DENTAL SOCIETY; KENNETH A. LEPOW, D.D.S.; CALVIN JUNG, D.D.S.; AND EVAN MELAMED, D.D.S., Appellees

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-07441**

---

### MEMORANDUM OPINION

This is an appeal from a final judgment signed February 22, 2019. The notice of appeal was filed March 8, 2019. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of

fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207.

On April 9, 2019, this court ordered appellant to pay the appellate filing fee on or before April 24, 2019, or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM


Panel Consists of Justices Wise, Zimmerer, and Spain.